IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHANTIN RICHE,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5639

Opinion filed March 2, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Chantin Riche, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of habeas corpus is denied. This disposition is without prejudice to petitioner refiling a date-stamped copy of his motion for postconviction relief in the lower tribunal, along with a motion to accept it as timely. Cf. Clark v. State, 954 So. 2d 685 (Fla. 1st DCA 2007).

WETHERELL, RAY, and OSTERHAUS, JJ., CONCUR.